# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-767
Lower Tribunal No. 16-28182
_____

## 2701 Bayshore Venture, LLC,

Appellant,

vs.

## Arnaldo R. Grossmann, et al.,

Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Rennert Vogel Mandler & Rodriguez, P.A., and Thomas S. Ward and Jason R. Block, for appellant.

Rosenquest Law Firm P.A., and John B. Rosenquest IV; Juliana Leite, P.A., and Juliana Leite, for appellees.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.